1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIONEL NAVARRO,                              )    No. C 08-3928 MMC (PR)
                                             )
                    Petitioner,              )    **ORDER ADMINISTRATIVELY**
                                             )    **CLOSING CASE; DIRECTIONS TO**
v.                                           )    **CLERK**
                                             )
ROBERT AYERS, JR., Warden,                   )
                                             )
                    Respondent.              )
_____               )

        Two habeas corpus actions were recently opened in this court as the result of filings

received from the United States District Court for the Eastern District of California.  On

August 12, 2008, the first action, <u>Navarro v. Ayers</u>, C 08-3866 MMC (PR), was opened

when a habeas corpus petition filed by petitioner in the Eastern District was transferred to

this court on venue grounds.  On August 18, 2008, the above-titled action was opened when a

copy of the petition that had been filed in the Eastern District was forwarded from the

Eastern District to this court.  The two petitions are identical.

        As it is clear that the instant action was opened in error when the Eastern District sent

a duplicative copy of petitioner's petition to this court, the Clerk of the Court is hereby

DIRECTED to administratively close this case.  Because the instant action was opened in

error, no filing fee is due.

        IT IS SO ORDERED.

DATED: August 25, 2008

                                            _____
                                            MAXINE M. CHESNEY
                                            United States District Judge